### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WANDA JEAN WILLIAMS | : | |
| Plaintiff | : | |
| v | : | Civil Action No. PJM-06-3178 |
| MONTGOMERY COUNTY POLICE, *et al.* | : | |
| Defendants | : | |

o0o

### MEMORANDUM

The above-captioned civil rights Complaint was filed on November 27, 2006, together with a Motion to Proceed in Forma Pauperis. Because Plaintiff appears to be indigent, her motion shall be granted. For the reasons that follow, the Complaint must be dismissed.

Plaintiff claims that Defendants are persecuting her by forcing her to be hospitalized in a mental health facility. Paper No. 1. The Complaint is a rambling litany of bizarre accusations from which no discernible federal cause of action may be gleaned. Included with the Complaint are Plaintiff's medical and psychiatric records indicating that her involuntary hospitalizations were for purposes of evaluating her paranoid, delusional behavior. Chief among Plaintiff's claims is that people are breaking into her house on a nightly basis, raping her and inflicting knife wounds in her genital area. A gynecological report included with the Complaint shows no evidence of that type of trauma.

A complaint that is totally implausible or frivolous, such as the instant one, may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed R. Civ. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999) *cert. denied*, 528 U.S. 1198 (2000); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th

Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative).

Accordingly, by separate order which follows, the Complaint will be dismissed.

<table>
<tr><td></td><td>_____/s/_____<br>PETER J. MESSITTE</td></tr>
<tr><td>December 4, 2006</td><td>UNITED STATES DISTRICT JUDGE</td></tr>
</table>